UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCIS J. BURCZYK, on behalf of himself
and all others similarly-situated,

                Plaintiff,

   -against-

KEMPER CORPORATE SERVICES, INC. *doing business as* Merastar Insurance Company, and JEFFREY FINDLEY in his individual and professional capacities,

                Defendants.
------------------------------------------------------------------X

**ORDER**
15-CV-1483 (SIL)

**LOCKE, Magistrate Judge:**

On March 3, 2017 the parties submitted a joint motion seeking approval of a Settlement Agreement in this Fair Labor Standards Act action. *See* Docket Entry ("DE") [44]. By way of Order dated March 28, 2017, the Court denied the joint motion with leave to renew as it contained an impermissible non-publication clause. *See* DE [45]. Thereafter, on April 3, 2017, the parties submitted a revised Settlement Agreement, having stricken the non-publication clause, and requested Court approval. DE [46]. Having reviewed the revised Settlement Agreement, the Court finds that its terms are fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Therefore, the revised Settlement Agreement is approved and the case is hereby closed.

.

Dated: Central Islip, New York
April 5, 2017

**SO ORDERED.**

<u>s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge